# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **HUBERT DEVEAU JR.,** <br><br> Defendant. | 16-po-5195-JTJ <br> **VIOLATIONS:** <br> **6028108** <br> **6028109** <br> **6028110** <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $750 and a $30 processing fee for VN 6028108. The defendant shall make monthly payments beginning December 31, 2016. The defendant shall pay the fine amount in full by July 1, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O Box 71363
Philadelphia, Pa 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov;

IT IS FURTHER ORDERED that the defendant shall submit documentation of successful completion of ACT or Prime for Life, or similar course, to the Court on or before June 1, 2017. The defendant shall mail the documentation to the Clerk of Court at the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition;

IT IS FURTHER ORDERED that VN 6028109 and VN 60281010 are DISMISSED. IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for February 2, 2017, is VACATED.

DATED this 12th day of December, 2016.

_____
John Johnston
United States Magistrate Judge